IN THE DISTRICT COURT OF THE UNITED STATES
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| REEF SNORKELING ADVENTURES, INC., and LAURA KRUTKO, individually and official capacity, | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |
| Plaintiffs, | CIVIL CASE NO.:_____ |
| v. | |
| CITY OF KEY WEST, FLORIDA, a Florida Municipality, | DEMAND FOR JURY TRIAL |
| Defendant. | |

_____/

**PLAINTIFFS' CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiffs, Reef Snorkeling Adventures, Inc., and Laura Krutko bring forth this suit against Defendant, The City of Key West and allege:

**JURISDICTION**

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983 and in response to the violation of Plaintiff's Constitutional right to equal protection guaranteed under the Fourteenth Amendment; and 42 U.S.C. § 1988 for reasonable attorney's fees. This Honorable Court has jurisdiction over this action pursuant to 28 U.S.C. §§§ 1331, 1343(3), (4), 1367 and 2201.

**VENUE**

2. Venue is proper in that the claims alleged herein arose due to the Plaintiffs' incorporation within the Southern District of Florida; all claims arose in the

Southern District of Florida and Defendant is subject to personal jurisdiction in the Southern District of Florida.

## PARTIES

3. Plaintiff, Reef Snorkeling Adventures, Inc., a defunct Florida corporation whose principal business address was Zero Duval Street, Key West, Florida, 33040.

4. Plaintiff, Laura Krutko, is the former president of Reef Snorkeling Adventures, Inc. whose current address is 357 Old Ranch Court, Galloway, Ohio 43119.

5. Defendant is the City of Key West, a municipality with its place of business located at 525 Angela Street, Key West, Florida 33040, and was acting under the authority and/or color of state law at all times during the events and claims set forth herein.

## STATEMENT OF CLAIM

Plaintiffs aver that their rights and privileges have been violated and that the following facts form the basis for their allegations.

## COUNT I

## SELECTIVE ENFORCEMENT OF MUNICIPAL CODE

6. In June of 2005, Plaintiff, Laura Krutko, a non-local business woman, who along with her husband Robert Krutko moved to southern Florida and established a business, Reef Snorkeling Adventures, Inc., in the city of Key West, Florida.

7. Plaintiffs purchased a forty-five (45) foot catamaran which had the ability to transport up to forty-nine (49) passengers.

8. Plaintiffs would provide snorkeling and sunset excursions for citizens and visitors in Key West, Florida.

9. Plaintiffs business operated at Zero Duval Street which is a significant location in Key West because it is located next to Ocean Key Resort and numerous other tourist attractions. This location garners a great amount of foot traffic and attention.

10. Prior to incorporating the business, Plaintiffs were assured by the Defendant, through the Key West Licensing Bureau, that Plaintiffs would be licensed to operate with the current maximum number of forty-nine (49) patrons on its vessel at any one time.

11. When Plaintiffs received the license, however, Defendant had limited the number of patrons at any one time to twenty-four (24), citing Key West Municipal Ordinance 108-572 and a lack of available off-street parking spaces.

12. Claimant operated the business under these restraints while attempting to petition for a variance.

13. As a direct result of Defendant's actions, Plaintiffs' business suffered and it could not meet its liabilities. In June of 2006, Plaintiffs' business dissolved.

14. Soon thereafter, Fury Catamarans, Inc. (a local Key West business owned and operated by well known local Key West businessmen) took over Plaintiffs' same position at Zero Duval Street and opened a similar snorkeling, water excursions, and sunset tours operation.

15. Immediately, Fury Catamarans, Inc. was licensed by Defendant to operate at a capacity much larger than that of Plaintiffs' with no changes to the City of Key West's parking capabilities that would warrant such a deviation in the allotted occupancy.

16. Defendant selectively enforced its municipal code against Plaintiffs in an effort to cause harm or otherwise bring about the termination of Plaintiffs' business.

17. Plaintiffs were not similarly treated as others were who were in a similar, if not identical situation to their own.

18. Plaintiff, Laura Krutko, avers that Defendant discriminated against her and her business due to the fact that she was not a local Key West resident prior to incorporating her business.

19. Defendant has recent similar courses of conduct in discriminating against non-local tourist industry businesses.

20. Defendant's actions caused a violation of Plaintiffs' rights guaranteed under the Equal Protection Clause of the Fourteenth Amendment and other rights guaranteed and enumerated under 42 U.S.C. § 1983.

## **RELIEF REQUESTED**

**WHEREFORE**, Plaintiffs respectfully ask this Honorable Court to grant the following relief for the injuries suffered by Plaintiffs:

21. Declare, determine and find that Defendant violated Plaintiffs' rights as referenced above.

22. Find that as a result of the Defendant's actions plaintiffs have been injured by violation of their civil rights, loss of business opportunities, loss of business profits, pain and suffering, and award damages in the sum of ELEVEN MILLION FIVE HUNDRED THOUSAND ($11,500,000.00) DOLLARS.

23. Award Plaintiffs reasonable attorney fees pursuant to 42 U.S.C. § 1988.

24. Grant such other relief that is found to be necessary and appropriate.

April 14, 2010

                Respectfully Submitted,

                By: /s/ Joseph P. Vredevelt, Esq.
                    Joseph P. Vredevelt, Esq.
                    Florida Bar No. 0039115
                    Email: jvrede@cochranfirm.com

Attorney for Plaintiffs
**THE COCHRAN FIRM – SOUTH FLORIDA**
9155 South Dadeland Boulevard
Suite 1412
Miami, Florida 33156
Tel: (305) 284-8000
Fax: (305) 670-0088

Case 4:10-cv-10032-JEM   Document 1   Entered on FLSD Docket 04/14/2010   Page 5 of 5